IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NATLEE BROWN,** | CIV S-08-1714-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **TINA HORNBEAK,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer or a motion to dismiss be extended (60) days to and including February 13, 2009.

DATED: December 8, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order